1

2

3

4

5

6

7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                         WESTERN DIVISION

15

16   UNITED STATES OF AMERICA and      No. 5:18-cv-00371-RGK-SHK
     STATE OF CALIFORNIA *ex rel.*
     MARTIN MANSUKHANI,

17                                      CONSENT JUDGMENT
             Plaintiffs,

18
                  v.
19
     PRIME HEALTHCARE SERVICES,
20   INC.; PRIME HEALTHCARE
     FOUNDATION, INC.; PRIME
21   HEALTHCARE MANAGEMENT,
     INC.; DESERT VALLEY HOSPITAL;
22   HIGH DESERT HEART VASCULAR
     INSTITUTE, a California Professional
23   Medical Corporation; PREM REDDY,
     M.D., FACC; HIGH DESERT HEART
24   INSTITUTE MEDICAL
     CORPORATION; A&A SURGERY
25   CENTER, a Medical Corporation; SIVA
     ARUNASALAM, M.D.; and SIVA
26   ARUNASALAM, M.D., a Professional
     Medical Corporation,
27
             Defendants.
28

*Qui tam* plaintiff Martin Mansukhani ("Relator"); real party in interest the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General ("HHS-OIG") of the Department of Health and Human Services ("HHS") (collectively, the "United States"); real party in interest the State of California ("California"); and defendants Siva Arunasalam, M.D., an individual, and Siva Arunasalam, M.D., a Professional Medical Corporation (collectively, "Dr. Siva"), through their respective counsel, have submitted a Stipulation for Entry of Consent Judgment Against Defendants Siva Arunasalam, M.D., an individual, and Siva Arunasalam, M.D., a Professional Medical Corporation (the "Stipulation").

Pursuant to the Stipulation and Federal Rule of Civil Procedure 58, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.  Pursuant to a Settlement Agreement entered into by the United States, California, Relator, and Dr. Siva (the "Parties") on June 1, 2021 (the "Effective Date"), Dr. Siva shall pay to the United States and California a total of $2,000,000.00 (the "Settlement Amount"), of which $1,000,000.00 is restitution, plus applicable interest as described below. Dr. Siva shall pay the following amounts to the United States and California under the following terms and conditions:

    a.  No later than ten (10) business days after the Effective Date of the Settlement Agreement, Dr. Siva shall pay the United States $95,000.00;

    b.  No later than ten (10) business days after the Effective Date of the Settlement Agreement, Dr. Siva shall pay California $5,000.00;

    c.  No later than 180 calendar days after the Effective Date of the Settlement Agreement, Dr. Siva shall pay the United States $1,805,000 plus accrued interest at a rate of 0.75% simple annual interest from the Effective Date of the Settlement Agreement;

1

d. No later than 180 calendar days after the Effective Date of the Settlement Agreement, Dr. Siva shall pay California $95,000.00 plus accrued interest at a rate of 0.75% simple annual interest from the Effective Date of the Settlement Agreement;

e. The above defined payments to the United States (the "Federal Settlement Amount") shall be made by electronic funds transfer pursuant to written instructions provided by the Office of the United States Attorney for the Central District of California;

f. The above defined payments to California (the "California Settlement Amount") shall be made by electronic funds transfer pursuant to written instructions provided by the California Attorney General's Office; and

g. The above-defined payments may be prepaid, in whole or in part, without penalty.

2. As long as Dr. Siva makes the payments in the full amounts, and on or before the specified dates as set forth in Paragraph 1 above, neither the United States nor California shall execute on the Consent Judgment. But if Dr. Siva fails to make any payment as ordered in Paragraph 1, then (a) the full Settlement Amount shall be immediately due and payable, (b) the United States shall have the right to immediately execute on the Consent Judgment for the full remaining unpaid balance of the Federal Settlement Amount, (c) California shall have the right to immediately execute on the Consent Judgment for the full remaining unpaid balance of the California Settlement Amount, and (d) Dr. Siva shall be liable to the United States and California for all costs, fees, and expenses, including but not limited to attorney's fees, incurred by the United States and California in connection with enforcing this Consent Judgment.

3.  In the event that Dr. Siva fails to pay any amount as provided in Paragraph 1 within ten (10) business days of the date on which such payment is due, Dr. Siva shall be in default of his payment obligations ("Default"). In the event of such Default, HHS-OIG may exclude Dr. Siva from participating in all federal health care programs until Dr. Siva pays the full Settlement Amount and reasonable costs, fees, and expenses as set forth above. HHS-OIG will provide written notice of any such exclusion to Dr. Siva. Dr. Siva waives any further notice of the exclusion under 42 U.S.C. § 1320a-7(b)(7) and agrees not to contest such exclusion either administratively or in any state or federal court. Reinstatement to program participation is not automatic. If at the end of the period of exclusion Dr. Siva wishes to apply for reinstatement, Dr. Siva must submit a written request for reinstatement to HHS-OIG in accordance with the provisions of 42 C.F.R. §§ 1001.3001-3005. Dr. Siva will not be reinstated unless and until HHS-OIG approves such request for reinstatement.

4.  This Court shall retain jurisdiction to adjudicate disputes arising under this Consent Judgment.


IT IS SO ORDERED.


Dated: June 17, 2021

_____
UNITED STATES DISTRICT JUDGE
HON. R. GARY KLAUSNER

3

Respectfully presented, and approved as to form and content by:

THE UNITED STATES OF AMERICA

DATED: __May 18, 2021          TRACY L. WILKISON
                               Acting United States Attorney
                               DAVID M. HARRIS
                               Assistant United States Attorney
                               Chief, Civil Division
                               DAVID K. BARRETT
                               Assistant United States Attorney
                               Chief, Civil Fraud Section


_____

ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
Attorneys for the United States of America

DATED: _____, 2021       BRIAN M. BOYNTON
                               Acting Assistant Attorney General, Civil Division
                               JAMIE ANN YAVELBERG
                               ROBERT J. McAULIFFE


_____

MARIE V. BONKOWSKI
Senior Trial Counsel
United States Department of Justice
Civil Division/Fraud Section
Attorneys for the United States of America

DATED: _____, 2021


_____

LISA M. RE
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of
Health and Human Services

Respectfully presented, and approved as to form and content by:

THE UNITED STATES OF AMERICA

DATED: _____, 2021    TRACY L. WILKISON
                            Acting United States Attorney
                            DAVID M. HARRIS
                            Assistant United States Attorney
                            Chief, Civil Division
                            DAVID K. BARRETT
                            Assistant United States Attorney
                            Chief, Civil Fraud Section


_____
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
Attorneys for the United States of America

DATED: _5/24/_, 2021    BRIAN M. BOYNTON
                        Acting Assistant Attorney General, Civil Division
                        JAMIE ANN YAVELBERG
                        ROBERT J. McAULIFFE

*Marie V. Bonkowski*

_____
MARIE V. BONKOWSKI
Senior Trial Counsel
United States Department of Justice
Civil Division/Fraud Section
Attorneys for the United States of America

DATED: _____, 2021


_____
LISA M. RE
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of
Health and Human Services

4

Respectfully presented, and approved as to form and content by:

THE UNITED STATES OF AMERICA

DATED: _____, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

_____
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
Attorneys for the United States of America

DATED: _____, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
ROBERT J. McAULIFFE

_____
MARIE V. BONKOWSKI
Senior Trial Counsel
United States Department of Justice
Civil Division/Fraud Section
Attorneys for the United States of America

DATED: May 26, 2021

_____
LISA M. RE
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of
Health and Human Services

4

THE STATE OF CALIFORNIA

DATED: _May 18_, 2021      ROB BONTA
                                         Attorney General for the State of California

                                         NICHOLAS PAUL
                                         Senior Assistant Attorney General
                                         California Department of Justice
                                         Division of Medi-Cal Fraud & Elder Abuse

MARTIN MANSUKHANI – RELATOR

DATED: _____, 2021      COTCHETT PITRE & McCARTHY LLP

                                         JUSTIN BERGER
                                         Attorneys for Relator Martin Mansukhani

DATED: _____, 2021      PHILLIPS & COHEN LLP

                                         EDWARD H. ARENS
                                         Attorneys for Relator Martin Mansukhani

SIVA ARUNASALAM, M.D., an individual

DATED: _____, 2021      HOLMES, TAYLOR, COHEN & JONES LLP

                                         JOEL M. ATHEY
                                         Attorney for Defendants Siva Arunasalam, M.D.,
                                         an individual; and Siva Arunasalam, M.D., a
                                         Professional Medical Corporation

THE STATE OF CALIFORNIA

DATED: _____, 2021  ROB BONTA
             Attorney General for the State of California

_____

NICHOLAS PAUL
Senior Assistant Attorney General
California Department of Justice
Division of Medi-Cal Fraud & Elder Abuse

MARTIN MANSUKHANI – RELATOR

DATED: 5/19/21 , 2021  COTCHETT PITRE & McCARTHY LLP

_____

JUSTIN BERGER
Attorneys for Relator Martin Mansukhani

DATED: 5/19/21 , 2021  PHILLIPS & COHEN LLP

_____

EDWARD H. ARENS
Attorneys for Relator Martin Mansukhani

SIVA ARUNASALAM, M.D., an individual

DATED: _____, 2021  HOLMES, TAYLOR, COHEN & JONES LLP

_____

JOEL M. ATHEY
Attorney for Defendants Siva Arunasalam, M.D.,
an individual; and Siva Arunasalam, M.D., a
Professional Medical Corporation

THE STATE OF CALIFORNIA

DATED: _____, 2021     ROB BONTA
Attorney General for the State of California

_____
NICHOLAS PAUL
Senior Assistant Attorney General
California Department of Justice
Division of Medi-Cal Fraud & Elder Abuse

MARTIN MANSUKHANI – RELATOR

DATED: _____, 2021     COTCHETT PITRE & McCARTHY LLP

_____
JUSTIN BERGER
Attorneys for Relator Martin Mansukhani

DATED: _____, 2021     PHILLIPS & COHEN LLP

_____
EDWARD H. ARENS
Attorneys for Relator Martin Mansukhani

SIVA ARUNASALAM, M.D., an individual

DATED: May 21 , 2021     HOLMES, TAYLOR, COHEN & JONES LLP

_____
JOEL M. ATHEY
Attorney for Defendants Siva Arunasalam, M.D.,
an individual; and Siva Arunasalam, M.D., a
Professional Medical Corporation

5

SIVA ARUNASALAM, M.D., a Professional Medical Corporation

DATED: May 21 , 2021     HOLMES, TAYLOR, COHEN & JONES LLP


_Joel M. Athey_

JOEL M. ATHEY
Attorney for Defendants Siva Arunasalam, M.D.,
an individual; and Siva Arunasalam, M.D., a
Professional Medical Corporation