# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:18-cv-00371-RGK-SHK | Date | June 17, 2021 |
|---|---|---|---|
| Title | *United State of America et al v. Prime Healthcare Services, Inc.* | | |

JS6

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**      **(IN CHAMBERS) Order of Dismissal**

In light of the stipulated Consent Judgment entered on this day against Defendants Dr. Siva Arunasalam and Siva Arunasalam, M.D., a Professional Medical Corporation, the Court hereby **DISMISSES** this case as to those two Defendants and retains jurisdiction to enforce the Consent Judgment. The Clerk of Court is directed to close this case.

                                                                          : 

Initials of Preparer      jre